IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No.: 16-cv-32-wmc

$4,070.00 U.S. CURRENCY,

        Defendant.

ORDER OF DEFAULT JUDGMENT

The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture *in rem* against the defendant $4,070.00 U.S. currency.

The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, was proceeds traceable to such an exchange, or was money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.* As such, these funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

The government has attempted to provide notice of the forfeiture action to all interested persons known by the government. James Borck was provided notice of the complaint by certified mail on January 28, 2016. On January 28, 2016, the government attempted to provide notice by certified mail to Daren Quebada. The notice to Quebada

was returned as "No Such Number," "Unable to Forward," and "Return to Sender." On March 9, 2016, the government attempted to provide notice to Quebada at a different address by certified mail and first class mail. Neither the certified mail nor the first class mail has been returned. According to the United States Postal Service Product and Tracking Information website, notice of the certified mail was left at the address on March 24, 2016. The website indicates "Notice Left (No Authorized Recipient Available)." On January 28, 2016, the government attempted to provide notice by certified mail to Nicole Ajero. The notice to Ajero was returned as "No Such Number," "Unable to Forward," and "Return to Sender." On March 9, 2016, the government attempted to provide notice to Nicole Ajero at a different address by certified mail and first class mail. Neither the certified mail nor the first class mail has been returned. According to the United States Postal Service Product and Tracking Information website, notice of the certified mail was left at the address on March 24, 2016. The website indicates "Notice Left (No Authorized Recipient Available)." On January 28, 2016, the government attempted to provide notice by certified mail to Kasey Fisher. The notice to Fisher was returned "Unable to Forward." On March 9, 2016, the government attempted to send notice by first class mail to Fisher. The notice was again returned "Unable to Forward." On April 27, 2016, the government attempted notice at two additional addresses by both certified mail and first class mail. On May 2, 2016, the government received a signed Domestic Return Receipt. The defendant currency was served on March 1, 2016.

2

Notice of the forfeiture complaint was also published on the official internet government forfeiture site www.forfeiture.gov from February 2, 2016, through March 2, 2016. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a default judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant $4,070.00 U.S. currency, is conveyed to the Plaintiff, United States of America.

2. The United States Marshal for the Western District of Wisconsin is directed to dispose of the defendant currency in accordance with federal law.

DATED: June 22, 2016

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge

Entered this 23d day of June 2016.

PETER OPPENEER, Clerk of Court
United States District Court

3